UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARVELLO L. TUFONO, | No. 2:20-cv-1118 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| J. THURMON, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel. On July 29, 2020, plaintiff filed a statement and requested that the court serve it on unidentified parties. Plaintiff is advised that the court is not an investigatory agency, and does not forward documents on behalf of litigants. If plaintiff has information pertinent to a pending criminal prosecution, he must contact the prosecutor in that action. If plaintiff has information concerning cold homicide cases, he should contact the police department handling the investigations or where he believes the murders occurred. Because plaintiff's statement contains personal information, the Clerk of the Court is directed to seal the filing.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to seal plaintiff's statement (ECF No. 9); and

////

////

1

1    2.  Plaintiff's request (ECF No. 9) is denied.

Dated:  August 7, 2020

/tufo1118.den

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE